**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 89-222** |
| v. | * | SECTION: "K"(5) |
| **RICARDO ARMENTA** | * | |

\* \* \*

**O R D E R**

Considering the foregoing;

**IT IS ORDERED** that the indictment against defendant Ricardo Armenta in this matter is dismissed.

New Orleans, Louisiana, this  11th  day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE